

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVEION MATTHEWS | Violation: Title 18, United States Code, Section 1704<br><br>1:24-cr-00611<br>Judge Franklin U. Valderrama<br>Magistrate Judge Maria Valdez<br>RANDOM / Cat. 5 |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about November 23, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVEION MATTHEWS,

defendant herein, did knowingly and unlawfully possess a key suited to a lock adopted by the Postal Service and in use on an authorized receptacle for the deposit and delivery of mail matter, and did so with the intent unlawfully and improperly to use, sell and otherwise dispose of the same;

In violation of Title 18, United States Code, Section 1704.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
ACTING UNITED STATES ATTORNEY